2-751169

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,

                Plaintiff,

- against -

MONDIAL INTERNATIONAL, INC.,

                Defendant.
---------------------------------------X

07 CV 6908

CIVIL COMPLAINT
IN ADMIRALTY



      Plaintiff ZIM AMERICAN INTEGRATED SHIPPING SERVICES, INC., by its attorneys, LAW OFFICES OF ALBERT J. AVALLONE & ASSOCIATES, as and for its Complaint against defendant MONDIAL INTERNATIONAL, INC., in personam, in a cause of action civil and maritime, alleges upon information and belief:

      1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, the Ocean Shipping Reform Act of 1999, 46 U.S.C., App. Section 1701, et seq., and Paragraph 24 of the Bill of Lading.

      2. At all times hereinafter mentioned, plaintiff ZIM INTEGRATED SHIPPING SERVICES, INC. was and still is a corporation duly organized and existing under the laws of the State of Delaware with offices and a place of business at 5801 Lake Wright Drive, Norfolk, VA 23502.

      3. Upon information and belief and at all times hereinafter mentioned, defendant had and now has the legal status and place of business as set forth in Schedule A.

      4. On or about the dates and at the ports of shipment stated in Schedule A, certain goods were delivered to plaintiff to be carried to the ports of destination and at the agreed charges to be paid by defendant pursuant to plaintiff's public tariff.

5. Thereafter, the said goods were transported to the ports of destination and delivered to the consignee and/or its agents.

6. Plaintiff has duly performed all duties and obligations required to be performed by plaintiff.

7. Defendant has failed and refused and continues to fail and to refuse to remit the $5,172.00 due, although duly demanded.

8. By reason of the foregoing, plaintiff has sustained damages in the amount of $5,172.00 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon from the respective dates due, costs, disbursements, and a reasonable attorney's fee.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing it to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: New York, New York
July 31, 2007

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By_____
Albert J. Avallone - AA1679
Attorneys for Plaintiff
ZIM AMERICAN INTEGRATED
 SHIPPING SERVICES, INC.
551 Fifth Avenue, Suite 1625
New York, NY 10176
(212) 696-1760

## SCHEDULE A

I. <u>Defendant's status & address</u>:

 A. Upon information and belief and at all times hereinafter mentioned, defendant MONDIAL INTERNATIONAL, INC. was and still is a corporation organized and existing under the laws of the State of Florida, with offices and a place of business at 13255 S.W. 57th Terrace, Suite B, Miami, FL 33183.

II. <u>Particulars</u>:

 1. Bill of Lading No. ZIMUORF149964, dated July 2, 2006, from Decatur to Kingston <u>via</u> Savannah on the Vessel ZIM HAIFA, one (1) forty-foot Hi-Cube SAID TO CONTAIN: BULK PACKAGED DIAPERS, at the applicable tariff and/or Service Contract rate of $2,586.00 (Exhibit A).

Amount Paid: $0     Amount Due: $2,586.00

 2. Bill of Lading No. ZIMUORF150171, dated July 2, 2006, from Decatur to Kingston <u>via</u> Savannah on the Vessel ZIM HAIFA, one (1) forty-foot Hi-Cube SAID TO CONTAIN: BULK PACKAGES DIAPERS, at the applicable tariff and/or Service Contract rate of $2,586.00 (Exhibit B).

Amount Paid: $0     Amount Due: $2,586.00

III. <u>Total Amount Due</u>:  $5,172.00

# BILL OF LADING — ZIM

**SHIPPER / EXPORTER (NAME & ADDRESS)**
MONDIAL INTERNATIONAL LLC
3255 SW 57 TERRACE STE #8
MIAMI, FLORIDA 33158 USA PHONE: (305)
226-2155 FAX: (305) 234-2369

**BOOKING NO.** ORF126436
**B/L NO.** ZIMUORF149964

**EXPORT REFERENCES**
REF# 7119

**CONSIGNEE (NAME & ADDRESS)**
PATELS TRADING LTD
14 WESTMINSTER ROAD
KINGSTON 10 JAMAICA W.I.

**NOTIFY (NAME & ADDRESS)**
PATELS TRADING LTD
14 WESTMINSTER ROAD
KINGSTON 10 JAMAICA W.I. (876)

**SEA WAYBILL • SERVICE CONTRACT NO. 622983**

**PLACE OF RECEIPT OF GOODS:** DECATUR, GA
**PORT OF LOADING:** SAVANNAH, GA
**LOADING VESSEL:** ZIM HAIFA 8/W
**PORT OF DESTINATION:** KINGSTON, JAMAICA

## PARTICULARS AS FURNISHED BY SHIPPER

| MKS & NOS. / CONT. NOS. | DESCRIPTION OF GOODS | WEIGHT | MEASUREMENT |
|---|---|---|---|
| 1 CNT | X 40' HC BULK PACKAGED DIAPERS<br>RH4118-027-30 # CASES 327<br>4063-27-30649 # CASES 701<br>TOTAL CASES # 1028<br>AES# 593111360-7119<br>"FREIGHT PREPAID | 11884KG<br>26200LB | |

ZCSU5550063-40' - SEAL#Y426325 1028 CAS 26200LBS/11884KGS/HC

**NON NEGOTIABLE**

EXHIBIT "A"

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES OF AMERICA IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

**FREIGHT PREPAID**

| DETAILS | | RATE | TOTAL | |
|---|---|---|---|---|
| | FREIGHT | UNIT 2150.00 | 2150.00 | DL |
| | BUNKER/FUEL | UNIT 250.00 | 250.00 | DL |
| CY/CY | INTERNATIONAL | UNIT 6.00 | 6.00 | DL |
| SHIPPERS/LOAD/COUNT/STOW | INTERMODAL | UNIT 178.00 | 178.00 | DL |
| | ORIGIN | UNIT 2.00 | 2.00 | DL |

AD VALOREM FREIGHT

**MERCHANT'S DECLARED VALUE OF GOODS:** $US 2586.00

**FREIGHT PAYABLE AT** NORFOLK
**No. OF ORIGINAL B/L:** ZERO
**PLACE AND DATE OF ISSUE:** NORFOLK, VA 07/02/2006

ZIM CONTAINER SERVICE
As Agents for Zim Integrated Shipping Services Ltd.

NON NEGOTIABLE

# BILL OF LADING — ZIM INTEGRATED SHIPPING SERVICES LTD

**SHIPPER / EXPORTER:**
ONDIAL INTERNATIONAL LLC
3255 SW 57 TERRACE STE #8
MIAMI, FLORIDA 33183 USA
PHONE: (305) 226-2155  FAX (305) 234-2369

**Booking No.:** ORF126569
**B/L No.:** ZIMUORF150171

**EXPORT REFERENCES:**
REF# 7120

**CONSIGNEE (NAME & ADDRESS):**
PATELS TRADING LTD
4 WESTMINSTER ROAD
KINGSTON 10 JAMAICA W.I

B/L NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER

**NOTIFY (NAME & ADDRESS):**
PATELS TRADING LTD
4 WESTMINSTER ROAD
KINGSTON 10 JAMAICA W.I
PHONE/FAX/E-MAIL: (876) BUNTY

**PLACE OF RECEIPT OF GOODS:** DECATUR, GA
**SERVICE CONTRACT NO.:** 622981
**LOADING VESSEL:** ZIM HAIFA 8/W
**PORT OF LOADING:** SAVANNAH, GA
**PORT OF DESTINATION:** KINGSTON, JAMAICA

## PARTICULARS AS FURNISHED BY SHIPPER

| MKS & NOS. / CONT. NOS. | DESCRIPTION OF GOODS | WEIGHT | MEASUREMENT |
|---|---|---|---|
| 1 CNT | X 40' HC CONTAINER SLAC: BULK PACKAGED DIAPERS  RH4118-027-30 #CASES 309  4063-27-30649 # CASES 727  TOTAL CASES # 1036  AES# 593111360-7120 | 11884KG  26200LB | |
| CSU0084348-40' SEAL89426227 1036 CAS 26200LBS/11884KGS/HC | | | |

**NON-NEGOTIABLE**

**EXHIBIT "B"**

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES OF AMERICA IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

| DETAILS | | RATE | TOTAL | |
|---|---|---|---|---|
| FREIGHT PREPAID | FREIGHT | UNIT 2150.00 | 2150.00 | DL |
| | BUNKER/FUEL | UNIT 250.00 | 250.00 | DL |
| CY/CY | INTERNATIONAL | UNIT 6.00 | 6.00 | DL |
| SHIPPERS/LOAD/COUNT/STOW | INTERMODAL | UNIT 178.00 | 178.00 | DL |
| | ORIGIN | UNIT 2.00 | 2.00 | DL |

**AD VALOREM FREIGHT**

**MERCHANT'S DECLARED VALUE OF GOODS:** $US 2586.00

**FREIGHT PAYABLE AT:** NORFOLK
**NO. OF ORIGINAL B/L ISSUED:** 3
**PLACE AND DATE OF ISSUE:** NORFOLK, VA  07/02/2006

ZIM CONTAINER SERVICE
As Agents for Zim Integrated Shipping Services Ltd.
As Carrier

**NON NEGOTIABLE**