WG2_Rule_7_1_Statement_for_Deft.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ZIM AMERICAN INTEGRATED : ECF CASE
SHIPPING SERVICES, INC., :
: 07 CV 6908 (RJH)
:
Plaintiff, : RULE 7.1 STATEMENT
:
-against- :
:
MONDIAL INTERNATIONAL, INC. :
:
Defendant. :
:
-------------------------------------------------------------x

Pursuant to Federal Rules of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, **Mondial International, Inc.** (a corporation) certifies that **Mondial International, Inc.** is not a publicly held company and that the following are corporate parents, affiliates and/or subsidiaries of Mondial International, Inc. which are publicly held: **NONE.**

Dated:  New York, New York
        August 22, 2007

*[signature: Carl E. Person]*

Carl E. Person  (CP 7637)
Attorney for the Defendant,
    Mondial International, Inc.
325 W. 45th Street - Suite 201
New York, New York 10036-3803
(212) 307-4444
email: carlpers@ix.netcom.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,

                      Plaintiff,

              -against-

MONDIAL INTERNATIONAL, INC.

                      Defendant.

-------------------------------------------------------------X

ECF CASE

07 CV 6908 (RJH)

PROOF OF SERVICE

I, **Carl E. Person**, an attorney duly authorized to practice in the State of New York, do hereby affirm that the following is true under the penalty of perjury pursuant to CPLR 2106:

I am not a party to this action, am over 18 years of age, and on August 22, 2007, I served a true copy of the foregoing

### RULE 7.1 STATEMENT

dated August 22, 2007, on the attorneys for the Plaintiff, **Zim American Integrated Shipping Services, Inc.**, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of said attorneys, as follows:

    Albert J. Avallone, Esq.
    Law Offices of Albert J. Avallone & Associates
    551 Fifth Avenue - Suite 1625
    New York NY  10176

Dated: New York, New York
       August 22, 2007

By _____
        Carl E. Person (CP 7637)