WG2_Notice_of_Appearance_for_Deft_Mondial.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ZIM AMERICAN INTEGRATED         :    ECF CASE
SHIPPING SERVICES, INC.,        :
                                :    07 CV 6908 (RJH)
                                :
              Plaintiff,        :    **NOTICE OF APPEARANCE**
                                :
     -against-                  :
                                :
MONDIAL INTERNATIONAL, INC.     :
                                :
              Defendant.        :
                                :
------------------------------------------------------------------x

      Please take notice that the undersigned counsel, **Carl E. Person**, is appearing as counsel on behalf of Defendant, **Mondial International, Inc.**

Dated:   New York, New York
         August 22, 2007

_____
Carl E. Person  (CP 7637)
Attorney for the Defendant,
   Mondial International, Inc.
325 W. 45th Street - Suite 201
New York, New York 10036-3803
(212) 307-4444

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ZIM AMERICAN INTEGRATED           :   ECF CASE
SHIPPING SERVICES, INC.,          :
                                  :   07 CV 6908 (RJH)
                                  :
            Plaintiff,            :   PROOF OF SERVICE
                                  :
    -against-                     :
                                  :
MONDIAL INTERNATIONAL, INC.       :
                                  :
            Defendant.            :
                                  :
------------------------------------------------------------------x

I, **Carl E. Person**, an attorney duly authorized to practice in the State of New York, do hereby affirm that the following is true under the penalty of perjury pursuant to CPLR 2106:

I am not a party to this action, am over 18 years of age, and on August 22, 2007, I served a true copy of the foregoing

### NOTICE OF APPEARANCE

dated August 22, 2007, on the attorneys for the Plaintiff, **Zim American Integrated Shipping Services, Inc.**, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of said attorneys, as follows:

> Albert J. Avallone, Esq.
> Law Offices of Albert J. Avallone & Associates
> 551 Fifth Avenue - Suite 1625
> New York NY  10176

Dated: New York, New York
       August 22, 2007

By _____
Carl E. Person (CP 7637)

2