# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of New York

Index Number: 07 CV 6908 HOLWELL

Date Filed: 8/1/2007

Plaintiff:
**ZIM AMERICAN INTERGRATED SHIPPING SERVICES INC**

vs.

Defendant:
**MONDIAL INTERNATIONAL, INC.**

For:
LAW OFFICES OF ALBERT J AVALLONE & ASSOC
551 Fifth Avenue
Suite 1701
New York, NY 10176

Received by PRESIDENTIAL PROCESS SERVICE INC on the **2nd** day of August, 2007 at **10:00 am** to be served on **MONDIAL INTERNATIONAL, 7310 S.W. 148 STREET, MIAMI, FL 33158**.

I, Edward A Shapiro, do hereby affirm that on the **3rd** day of August, 2007 at **2:36 pm**, I:

by delivering a true copy of this **SUMMONS IN A CIVIL CASE** with the date and hour endorsed thereon by me to **ROSEMROJAS** as **CO-RESIDENT/SPOUSE** When the address provided for the registered agent, officer, director, or principal place of business is a residence or private mailbox, service on the corporation may be made by serving the registered agent, officer, or director in accordance with F.S. 48.031

Additional Information pertaining to this Service:
WAYNE GEE WAS AT HOME BUT ON THE PHONE. SHE IS NOT JUST THE SPOUSE OF WAYNE GEE BUT SHE IS ALSO THE REGISTERED AGENT, MANAGER OF MONDIAL INTERNATIONAL, LLC
BEFORE RINGING THE BELL AT 7310 S.W. 148 STREET MIAMI FL 33158, I CALKLEDE AND SPOKE TO WAYNE GEE AND EXPLAINED THE WRIT.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: White Hispanic, Height: 5'7", Weight: 140, Hair: Brown, Glasses: Y

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Edward A Shapiro
Process Server

PRESIDENTIAL PROCESS SERVICE INC
147 Lexington Avenue
New York, NY 10016
(212) 889-3200

Our Job Serial Number: 2007001424
Ref: ZimAmerican/Mondial International

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.1n