USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,

                  Plaintiff,

-against-

MONDIAL INTERNATIONAL, INC.,

                  Defendant.

------------------------------------------------------------X

ECF CASE

07 CV 6908 (RJH)

STIPULATION
OF DISMISSAL UNDER
F.R.Civ.P. RULE 41(a)(1)

        Pursuant to Rule 41(a)(1), F.R.Civ.P., all of the parties who have appeared in the action and counterclaim action hereby stipulate to dismissal of the action commenced by Zim American Integrated Shipping Services, Inc. and the counterclaim action commenced by Mondial International, Inc., and that such dismissal as to each is with prejudice, and without costs or attorney's fees.

Dated:   New York, New York
          September 19, 2007

LAW OFFICES OF ALBERT J. AVALLONE & ASSOCIATES

By _____
    Albert J. Avallone (AA 1679)
Attorney for the Plaintiff and Counterclaim Defendant,
ZIM American Integrated Shipping Services, Inc.
551 Fifth Avenue - Suite 1625
New York NY 10176
(212) 696-1760

_____
    Carl E. Person (CP 7637)
Attorney for the Defendant, and Counterclaim Plaintiff,
Mondial International, Inc.
325 W. 45th Street - Suite 201
New York, New York 10036-3803
(212) 307-4444

SO ORDERED:

_____
U.S.D.J.
9/28/07

RECEIVED
SEP 25 2007
CHAMBERS OF
RICHARD J. HOLWELL